THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALAN VANET, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of a violation of section 986 of the Penal Law unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

LILLIAN SCHABLEIN, Respondent, v. LOUIS E. KELLER, Appellant.— In an action brought to recover damages for personal injuries sustained by plaintiff because of the alleged negligence of defendant, in the maintenance of steps leading from the kitchen of his home, judgment of the County Court of Westchester county and order denying defendant's motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

NORMAN TOOHEY, an Infant, by JOHN GARNER TOOHEY, His Guardian ad Litem, and JOHN GARNER TOOHEY, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— In a negligence action, order directing a jury trial reversed on the law, with ten dollars costs and disbursements, and plaintiffs' motion denied, with ten dollars costs. In our opinion, the court was without power to direct a jury trial to aid it in the determination of the issues raised in the action where such jury trial had been waived by the parties. (Civ. Prac. Act, § 426.) Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.

WILLIAM TRINKS and LILLIAN TRINKS, as Executors, etc., of BARBARA TRINKS, Deceased, Respondents, v. WARREN E. LAFKIN and FLOSSIE G. LAFKIN, Defendants, and FREDERICK W. RITTER, as Executor, etc., of MAXWELL HALL ELLIOTT, Deceased, Appellant.— In an action to foreclose a mortgage, order striking out the separate defense and counterclaim of the appealing defendant, granting judgment to plaintiffs on the pleadings and referring the matter to a referee to compute affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.